UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re                                                Chapter 7
Krystal L. Toney,                                    Case No.: 11-36384-svk
      Debtor.

## ORDER TO SHOW CAUSE AND
## NOTICE OF HEARING ON FEES OF PETITION PREPARER

      Upon review of the Declaration of the Bankruptcy Petition Preparer and the entire file in this case, and pursuant to 11 U.S.C. § 110(h)(4), the Court files its own Motion for a determination of the reasonableness of the Petition Preparer's compensation in this case.

      IT IS THEREFORE ORDERED: that Yvette James shall appear at a hearing on **November 21, 2011 at 2:00 p.m.** at the United States Courthouse, 517 East Wisconsin Avenue, Room 167, Milwaukee, Wisconsin and show cause as to the reasonableness of her fee in this case. The Debtor, Krystal L. Toney, may participate in this hearing by telephone if she contacts the court (414-290-2660) prior to the hearing date.

      IT IS FURTHER ORDERED: that failure of the petition preparer to appear at this hearing could result in fines and sanctions under 11 U.S.C. § 110(h)(5).

      Dated: November 4, 2011.

By the Court:

_Susan Kelley_
Susan V. Kelley
U.S. Bankruptcy Judge